JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY PRINTS, LLC, an New York Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>INTERZAN, LLC, individually and doing business as ROMEO & JULIETTE COUTURE, a Delaware Limited Liability Company; AMAZON.COM, INC., a Washington Corporation; and DOES 1 through 10,<br><br>Defendants. | Case No.: 2:18-cv-09465-AB-E<br><br>**[PROPOSED] ORDER ON STIPULATION OF DISMISSAL** |

1

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

This action is hereby dismissed *without prejudice* pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), with each party to bear its own attorney fees and costs.

<u>SO ORDERED.</u>

Dated: April 25, 2019        By: _____
HONORABLE ANDRÉ BIROTTE JR.
U.S. DISTRICT JUDGE